## McCarter's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger and Ladner, JJ.

628

630

*Hymen Rubin*, for exceptant.
*H. Walter Geuther*, contra.

SINKLER, J., December 1, 1939.—The exceptions relate to the finding of the auditing judge that the household effects were owned by decedent and his. wife as tenants by the entireties, and upon his death the title vested in her alone; and to the allowance of the widow's exemption.

Upon both of these subjects his determination is manifestly correct and nothing can be advantageously added to what is contained in his adjudication.

The exceptions are dismissed and the adjudication is confirmed absolutely.